UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VICTORIA RODRIGUEZ,

    Plaintiff,

v.                                               Case No: 8:17-cv-1624-T-27TBM

WELLS FARGO BANK, N.A. d/b/a
WELLS FARGO DEALER SERVICES,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Joint Stipulation to Arbitrate Claims, Stay Lawsuit and Administratively Close Case (Dkt. 11), which is construed as a motion. Upon consideration, the construed motion is **GRANTED**. This case is **STAYED** pending arbitration. The Clerk is directed to **ADMINISTRATIVELY CLOSE** the file.

**DONE AND ORDERED** this 10th day of August, 2017.

                                                           JAMES D. WHITTEMORE
                                                           United States District Judge

Copies to: Counsel of Record