**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

VICTORIA RODRIGUEZ,

    Plaintiff,                                 CASE NO.:  8:17-cv-01624-JDW-TBM

-VS-

WELLS FARGO BANK, N.A. d/b/a WELLS
FARGO DEALER SERVICES,
    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Victoria Rodriguez, and the Defendant, Wells Fargo Bank, N.A., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 8th day of March, 2018.

| */s/ Octavio Gomez* | */s/ Jacqueline Simms-Petredis* |
|---|---|
| Octavio Gomez, Esquire | Jacqueline Simms-Petredis |
| Florida Bar No.: 0338620 | Florida Bar No.: 0906751 |
| Morgan & Morgan, Tampa, P.A. | BURR & FORMAN LLP |
| One Tampa City Center | 201 North Franklin Street, Suite 3200 |
| Tampa, Florida 33602 | Tampa, Florida 33602 |
| Tele: (813) 223-5505 | Telephone: (813) 221-2626 |
| Fax: (813) 223-5402 | Facsimile: (813) 357-3534 |
| TGomez@ForThePeople.com | jsimms-petredis@burr.com |
| LDobbins@ForThePeople.com | *Attorney for Defendant* |
| *Attorney for Plaintiff* | |